UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Individuals and entities doing business as the Amazon Brand Registry Account DHUOG; and DOES 1-10,<br><br>Defendants. | CASE NO. 2:23-cv-00484-JHC<br><br>ORDER |

On July 10, 2023, the Court issued an order to show cause why it should not dismiss this action based on Plaintiffs' apparent failure to serve Defendants with a summons and a copy of Plaintiffs' compliant within the timeframe provided in Federal Rule of Civil Procedure 4(m). Dkt. # 10. In their response, Plaintiffs say that they "believe all Defendants are located abroad, and [that] Rule 4(m)'s 90-day deadline for service does not apply to service on foreign defendants." Dkt. # 11 at 1. Plaintiffs have adequately addressed the Court's concerns. Plaintiffs seek permission to submit a status report in 120 days so they may: (1) "move for permission to take expedited discovery from third-party service providers"; (2) "obtain third-

ORDER - 1

party discovery"; (3) "amend the pleadings based on the third-party discovery"; and (4) "move for alternative service." *Id.*

For good cause shown, Plaintiffs' request to submit a status report in 120 days, by November 22, 2023, is GRANTED. If Plaintiffs cannot comply with that deadline, however, they must SHOW CAUSE by the same date why this action should not be dismissed based on Plaintiffs' failure to complete service in accordance with Federal Rule of Civil Procedure 4.

Dated this 25th day of July, 2023.

*/s/ John H. Chun*
John H. Chun
United States District Judge

ORDER - 2