THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Individuals and entities doing business as the Amazon Brand Registry Account DHUOG; and DOES 1-10,<br><br>Defendants. | Case No.: 2:23-cv-00484-JHC<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION FOR REFERRAL TO MAGISTRATE JUDGE FOR DISCOVERY PURPOSES PURSUANT TO 28 U.S.C. § 636(b)(1)(A)** |

Having considered Plaintiffs' *Ex Parte* Motion for Referral to Magistrate Judge for Discovery Purposes Pursuant to 28 U.S.C § 636(b)(1)(A), and good cause appearing, the Court **GRANTS** the motion and **ORDERS** as follows:

Pursuant to 28 U.S.C § 636(b)(1)(A), all pending and forthcoming motions regarding pre-service discovery and alternative methods of service on identified defendants are referred to the magistrate judges identified in General Order 03-23 for resolution.

**IT IS SO ORDERED** this 11th day of September, 2023

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

FENWICK & WEST LLP
*Attorneys for Plaintiffs*

s/ Brian D. Buckley
Brian D. Buckley (WSBA No. 26423)

401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4515
Facsimile: 206.389.4511
Email: bbuckley@fenwick.com

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION FOR REFFERRAL
CASE NO.: 2:23-CV-00484-JHC

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WA 98101