UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Individuals and entities doing business as the Amazon Brand Registry Account DHUOG; and DOES 1-10,<br><br>Defendants. | Case No. C23-0484-JHC-SKV<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR EXPEDITED DISCOVERY** |

[PROPOSED] ORDER GRANTING
PLAINTIFFS' *EX PARTE* MOTION FOR
EXPEDITED DISCOVERY
CASE NO. C23-0484-JHC

FENWICK & WEST LLP
401 UNION ST., 5TH FLOOR
SEATTLE, WA 98101

THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC ("Plaintiffs") Motion for Expedited Discovery ("Motion"). The Court has considered Plaintiffs' Motion, supporting declarations, and the governing law. Accordingly, it is hereby ORDERED:

Plaintiffs' Motion for Expedited Discovery, Dkt. 13, is **GRANTED** as follows:

Plaintiffs are granted leave, prior to the Rule 26(f) conference, to serve Rule 45 subpoenas to obtain information regarding Defendants' true identities, locations, and the scope of the alleged counterfeiting scheme from (1) Wells Fargo Bank, N.A.; (2) PingPong Global Solutions Inc.; and (3) any email service providers that are linked with the Defendants. To the extent Plaintiffs identify additional third parties in subpoena responses as having responsive information related to the identity or location of Defendants or other bad actors responsible for the fraudulent takedown scheme alleged in the Complaint, Plaintiffs will seek leave from the Court to serve additional Rule 45 subpoenas on those third parties.

**IT IS SO ORDERED** this 19th day of September, 2023.

*[signature: S. Kate Vaughan]*

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

FENWICK & WEST LLP
*Attorneys for Plaintiffs*

*s/ Brian D. Buckley*

Brian D. Buckley (WSBA No. 26423)
401 Union Street, 5th Floor
Seattle, WA  98101
Telephone:    206.389.4515
Facsimile:    206.389.4511
Email: bbuckley@fenwick.com