UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC.; and AMAZON.COM SERVICES LLC , <br><br>    Plaintiffs, <br><br>   v. <br><br> Individuals and entities doing business as the Amazon Brand Registry Account DHUOG; and DOES 1-10, <br><br>    Defendants. | Case No. C23-0484-JHC-SKV <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiffs timely responded to the Court's Order directing the filing of a status report. *See* Dkts. 12 & 19.  They now request 120 days to conduct further investigation efforts and seek information from additional third parties that are linked with the Defendants, with the objective of filing an amended complaint, a motion for alternative service, or an additional status report detailing further investigative efforts.  Finding this request appropriate, the Court herein ORDERS Plaintiffs to file a further status update with the Court on or before **March 19, 2024**.  Failure to timely file the status update may result in dismissal of this case without prejudice for

MINUTE ORDER - 1

failure to prosecute.

    Dated this 20th day of November, 2023.

Ravi Subramanian  
Clerk of Court

By: Stefanie Prather  
Deputy Clerk

MINUTE ORDER - 2