UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC.; and AMAZON.COM SERVICES LLC , <br><br> Plaintiffs, <br><br> v. <br><br> Individuals and entities doing business as the Amazon Brand Registry Account DHUOG; and DOES 1-10, <br><br> Defendants. | Case No. C23-0484-JHC-SKV <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiffs timely responded to the Court's Order directing the filing of a status report. Dkts. 25-26.  They now request sixty days to continue their investigation, amend the complaint, and either initiate service or move for alternative service.  Finding this request appropriate, the Court herein ORDERS that Plaintiffs, on or before **May 28, 2024**, shall filed an amended complaint and either initiate service, move for alternative service, or file a status report advising of their efforts to serve a foreign defendant through the Hague Convention.  Failure to comply

/ / /

/ / /

MINUTE ORDER - 1

with this Order may result in dismissal of this case without prejudice for failure to prosecute.

Dated this 29th day of March, 2024.

Ravi Subramanian<br>
Clerk of Court<br><br>
By: Stefanie Prather<br>
Deputy Clerk

MINUTE ORDER - 2