UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>QIANG LIU, an individual; YALIN WU, an individual; LIAO DENGKUN, an individual; and DOES 1-10,<br><br>　　　　　　Defendants. | No. 2:23-cv-00484-JHC-SKV<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION TO FILE OVER-LENGTH MOTION FOR DEFAULT JUDGMENT, CANCELLATION OF TRADEMARK REGISTRATION, AND PERMANENT INJUNCTION AGAINST DEFENDANTS** |

THIS MATTER comes before the Court on the *Ex Parte* Motion to File Over-length Motion for Default Judgment, Cancellation of Trademark Registration, and Permanent Injunction Against Defendants Qiang Liu, Yalin Wu, and Liao Dengkun brought by Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC, (collectively, "Plaintiffs") (the "Motion"), pursuant to Local Civil Rule 7(f). Dkt. # 43. The Court, having considered the Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for default judgment and permanent injunction not to exceed 8,300 words.

/
/
/

IT IS SO ORDERED this 14th day of August, 2024.

*[signature: John H. Chun]*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE