# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability corporation<br><br>                       Plaintiffs,<br>  v.<br><br>Individuals and entities doing business as the Amazon Brand Registry Account DHUOG; and DOES 1-10<br>                       Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:23-cv-00484-JHC |

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

1. The Plaintiffs' motion for default judgment is GRANTED;

2. U.S. Trademark Reg. No. 6,334,242 is cancelled in its entirety pursuant to 15 U.S.C. §§ 1064 and 1119;

3. The Plaintiffs are awarded reasonable attorney fees of $84,035.50 pursuant to 17 U.S.C. § 512(f) and RCW 19.86.090;

4. Defendants and their officers, agents, servants, employees, and attorneys, and all others in active concert or participation with them who receive actual notice of the order, are hereby permanently ENJOINED AND RESTRAINED from:

    a. Submitting to Amazon any takedown notifications based on false assertions of rights of copyright ownership by any means or otherwise violating 17

       U.S.C. § 512(f), whether as written submissions, through the "Report Infringement" form, or using the "Report a Violation" tool;

    b.   enrolling or attempting to enroll in Amazon Brand Registry;

    c.   filing fraudulent trademark applications or registrations with the USPTO in order to gain access to Amazon's Brand Registry;

    d.   Issuing fraudulent trademark takedown notices using Amazon's Brand Registry; and

    e.   assisting, aiding, or abetting any other person or entity in engaging or performing any of the activities referred to in subparagraphs (a) through (d) above; and

5. The Court retains jurisdiction over this case for enforcement of this Order and Injunction, and any supplemental proceedings authorized by law.

Dated August 16, 2024.

                                                  Ravi Subramanian
                                                  Clerk of Court


                                                  */s/Ashleigh Drecktrah*
                                                  Deputy Clerk